tmd3574/db
Return Date & Time:
MAY 13, 2015 9:30 AM

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X   Chapter 13 Case No: 115-40420-NHL
IN RE:

NOTICE OF MOTION

MUQUDDUS IJAZ,
                       Debtor.
-----------------------------------------------------------X

        PLEASE TAKE NOTICE, that upon the within application, the Chapter 13 Trustee will move this court before the Honorable Nancy Hershey Lord, U.S. Bankruptcy Judge, at the United States Bankruptcy Court, 271 Cadman Plaza East, Brooklyn, New York, Courtroom 2529, on MAY 13, 2015 at 9:30 AM, or as soon thereafter as counsel can be heard, for an Order pursuant to 11 U.S.C. Section 1307(c) for cause, dismissing this Chapter 13 case and for such other and further relief as may seem just and proper.

        Responsive papers shall be filed with the Bankruptcy Court and served upon the Chapter 13 Trustee, Marianne DeRosa, Esq., no later than seven (7) days prior to the hearing date set forth above. Any responsive papers shall be in conformity with the Federal Rules of Civil Procedure and indicate the entity submitting the response, the nature of the response and the basis of the response.

Date:  Syosset, New York
        March 31, 2015

                                          /s/ Marianne DeRosa
                                          MARIANNE DeROSA, TRUSTEE
                                          115 EILEEN WAY, SUITE 105
                                          SYOSSET, NEW YORK 11791
                                          (516) 622-1340

tmd3574/db  
Return Date and Time:  
MAY 13, 2015 9:30 AM

UNITED STATES BANKRUPTCY COURT  
EASTERN DISTRICT OF NEW YORK  
------------------------------------------------------------X   Chapter 13 115-40420-NHL  
IN RE:

MUQUDDUS IJAZ,                                    <u>APPLICATION</u>  
                        Debtor.  
------------------------------------------------------------X

TO THE HONORABLE, NANCY HERSHEY LORD, U.S. BANKRUPTCY JUDGE:

      MARIANNE DEROSA, Chapter 13 Trustee in the above-captioned estate, respectfully represents the following:

      1.    The Debtor filed a petition under the provisions of 11 U.S.C. Chapter 13 on FEBRUARY 2, 2015, and, thereafter, MARIANNE DEROSA was duly appointed and qualified as Trustee.

      2.    The Debtor has failed to:

a) file a Chapter 13 Plan, pursuant to by 11 U.S.C Section 1321 and Fed. R. Bankr. P. 3015(b)

b) provide the trustee with disclosure documentation as required by E.D.N.Y LBR 2003-1

c) appear and be examined at the Section 341 Meeting of Creditors as required by 11 U.S.C. Section 343

d) provide a copy of a federal income tax return or transcript for the most recent year, 7 days before first meeting of creditors pursuant to 11 U.S.C. Section 521(e)(2)(A)(i)

      3.    The Debtor's failure to file these items impedes the Trustee's ability to administer this case and, therefore, is a default that is prejudicial to the rights of the creditors of the Debtor pursuant to 11 U.S.C. Section 1307(c)(1).

      4.    Each of the foregoing constitutes cause to dismiss this Chapter 13 case within meaning of 11 U.S.C. Section 1307(c).

      WHEREFORE, the Chapter 13 Trustee respectfully requests that this Court enter an Order dismissing this Chapter 13 case, and such other and further relief as may seem just and proper.

Dated: Syosset, New York  
      March 31, 2015

                                                    <u>/s/ Marianne DeRosa</u>  
                                                    Marianne DeRosa, Trustee

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X     Chapter 13 Case No:  115-40420-NHL
IN RE:

MUQUDDUS IJAZ,

                                           CERTIFICATE OF SERVICE
                                              BY MAIL
                         Debtor.
-----------------------------------------------------------X

This is to certify that I, DANI M. BOYER, have this day served a true, accurate and correct copy of the within Notice of Motion and Application by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

MUQUDDUS IJAZ
243-22 SUPERIOR ROAD
FLORAL PARK, NY 11001

KARAMVIR DAHIYA, ESQ.
75 MAIDEN LANE, STE 506
NEW YORK, NY 10038

PNC BANK, NA
C/O SHAPIRO, DICARO & BARAK, LLC
105 MAXES ROAD, STE N109
MELVILLE, NY 11747

This March 31, 2015

/s/DANI M. BOYER
DANI M. BOYER, Paralegal
Office of the Standing Chapter 13 Trustee
Marianne DeRosa, Esq.
115 Eileen Way, Suite 105
Syosset, New York 11791
(516) 622-1340

Index No: 115-40420-NHL
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

IN RE:

MUQUDDUS IJAZ,

Debtor.

NOTICE OF MOTION, APPLICATION
and
CERTIFICATE OF SERVICE

MARIANNE DeROSA, TRUSTEE
115 EILEEN WAY, SUITE 105
SYOSSET, NEW YORK 11791
(516) 622-1340